IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TENNESSEE RIVER HOMES, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No: 1:04 CV - 1286 |
| ) | |
| SOUTHERN ENERGY ) | |
| HOMES, Inc. ) | |
| ) | |
| Defendant. ) | |

## ~~PROPOSED~~ RULE 16(b) SCHEDULING ORDER

Pursuant to agreement between the parties, the following dates are proposed as the final dates for:

| | |
|---|---|
| INITIAL DISCLOSURES: | APRIL 12, 2005 |
| | |
| JOINING PARTIES: | |
|    for Plaintiff | MAY 20, 2005 |
|    for Defendant | JUNE 20, 2005 |
| | |
| AMENDING PLEADINGS: | |
|    for Plaintiff | MAY 20, 2005 |
|    for Defendant | JUNE 20, 2005 |
| | |
| COMPLETING ALL DISCOVERY: | OCTOBER 7, 2005 |
|   (a)  DOCUMENT PRODUCTION: | SEPTEMBER 7, 2005 |
| | |
|   (b)  DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | SEPTEMBER 7, 2005 |
| | |
|   (c)  EXPERT DISCLOSURE | |
|      (i)  Plaintiff's Experts | AUGUST 7, 2005 |
|      (ii)  Defendant's Experts | SEPTEMBER 7, 2005 |
|      (iii)  Supplementation under Rule 26(e) | SEPTEMBER 19, 2005 |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____



FILING DISPOSITIVE MOTIONS:                    JULY 24, 2005

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)
    for Plaintiff                       SEPTEMBER 5, 2005
    for Defendant                    SEPTEMBER 23, 2005

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3)

This trial is expected to last one to two days and is set for Jury Trial at 9:30 a.m. on Monday, October 24, 2005. A proposed joint pretrial order shall be due by Friday, October 14, 2005. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the Court at least ten (10) days before trial.

                                              S. THOMAS ANDERSON
                                              UNITED STATES DISTRICT JUDGE

APPROVED BY:

Stuart B. Breakstone (#14671)
Zachary M. Moore (#22531)
8 South Third St., Fourth Floor
Memphis, Tennessee 38103
(901) 522-0050
ATTORNEYS FOR PLAINTIFF

_____ w/ PERMISSION ZMM
William S. Rutchrow
Attorney at Law
Sun Trust Center, Suite 800
424 Church Street
Nashville, TN 37219
ATTORNEY FOR DEFENDANT

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01286 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
8 S. Third St.
4th Floor
Memphis, TN 38103

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT