IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT AT JACKSON

| | | |
|---|---|---|
| TENNESSEE RIVER HOMES, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No: 1:04 CV - 1286 |
| | ) | |
| SOUTHERN ENERGY HOMES, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

THIS CAUSE CAME BEFORE the Court upon Plaintiff's Motion To Amend Complaint and the entire record in this cause from all of which the Court finds that Plaintiff's Motion to Amend Complaint is well taken and should be granted and the same is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

_S. Thomas Anderson_
JUDGE

_June 15, 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _06-17-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01286 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT