IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 SEP -6 AM 8: 10
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| TENNESSEE RIVER HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-1286 T/An |
| | ) | |
| SOUTHERN ENERGY HOMES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER AND FOR CONTINUANCE OF TRIAL DATE

Before the Court is Defendant's Motion to Modify the Scheduling Order and for Continuance of Trial Date filed on August 1, 2005. For good cause shown, the Motion is **GRANTED**. The Scheduling Order shall be modified to reflect the following deadlines:

**Dispositive Motion Deadline**       September 30, 2005

**Final Lists of Witnesses and Exhibits (Rule 26(a)(3)):**
   Plaintiff:     December 15, 2005
   Defendant:     December 30, 2005

The Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

A trial in this matter is currently set to occur on **MONDAY, JANUARY 30, 2006**. A Joint Pre-Trial Order is due to the Court no later than **FRIDAY, JANUARY 20, 2006**. The other deadlines established in the Rule 16(b) Scheduling Order remain in effect.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __09-06-05__

1



**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _September 02, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:04-CV-01286 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT