IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

TENNESSEE RIVER HOMES, INC.,        )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        No: 1:04-CV-1286
                                    )
SOUTHERN ENERGY HOMES, INC.,        )
                                    )
            Defendant.              )

## ORDER

Before the Court is Defendant's consent motion to extend the deadline for filing dispositive motions. For good cause shown, the motion is GRANTED. The Scheduling Order shall be modified to reflect that the dispositive motions deadline is extended until October 31, 2005. Any other deadlines established in the Rule 16(b) Scheduling Order remain in effect.

_S. Thomas Anderson_ USMJ

JUDGE    09-26-05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___09-27-05___

OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

_____
William S. Rutchow (#17183)
Sun Trust Center
Suite 800
424 Church Street
Nashville, TN 37219
(615) 254-1900
(615) 254-1908 (facsimile)

Attorney for Defendant Southern Energy
Homes, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents was served by facsimile and U.S. Mail, postage prepaid, upon Zachary Moore, Stewart B. Breakstone & Associates, 8 South Third Street, Fourth Floor, Memphis, Tennessee 38103.

Dated the 20th day of September, 2005.

_____
William S. Rutchow

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01286 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT