IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT AT JACKSON

| | | |
|---|---|---|
| TENNESSEE RIVER HOMES, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No: 1:04 CV - 1286 |
| | ) | |
| SOUTHERN ENERGY | ) | |
| HOMES, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

THIS CAUSE CAME BEFORE the Court upon Plaintiff's Motion To Amend

Complaint and the entire record in this cause from all of which the Court finds that Plaintiff's

Motion to Amend Complaint is well taken and should be granted and the same is hereby

granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

_S/ Thomas Anderson_
JUDGE

_November 23, 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12-01-05___

(32)

APPROVED FOR ENTRY:

Stuart B. Breakstone (#14761)
Zachary M. Moore (#22531)
8 S. Third Street, Fourth Floor
Memphis, Tennessee 38103
(901) 522-0052
Attorneys for Plaintiff

w/ PERMISSION ZMM

William S. Rutchrow (#17183)
Sun Trust Center, Suite 800
424 Church Street
Nashville, TN 37219
(615) 254-1900
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01286 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT